Civil Action No. 4:22-cv-215

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **DEBT CO LLC C/O R/A LLRA INC**

was received by me on *(date)* **3/31/2022** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **KRISTY SORKIN, AUTHORIZED AGENT**, who is designated by law to accept service of process on behalf of *(name of organization)* **DEBT CO LLC** on *(date)* **4/6/2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **4/7/2022**

*Server's signature*

**ANDREW WICKLIFFE - PROCESS SERVER**
*Printed name and title*

**P.O. BOX 7471
OVERLAND PARK KS 66207**
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| Kevin O'Neill<br><br>*Plaintiff(s)*<br>v.<br><br>Dennis Barton, III, and<br>Pete Bushman, and<br>Debt CO, LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:22-cv-215<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Debt CO, LLC
C/O R/A LLRA, INC.
229 SE Douglas St. STE 210
Lees Summit, MO 64063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Keith N. Williston
201 SE Williamsburg Dr.
Blue Springs MO 64014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Mar 31, 2022                                    _____
                                                      Signature of Clerk or Deputy Clerk